IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:20-CV-00220-M

| | |
|---|---|
| CHUCKIE A. THOMPSON, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BRUNSWICK COUNTY COMPLEX, ) | |
| Defendant. ) | |

This matter is before the court due to the Plaintiff's failure to comply with a directive in a court order. The docket in this action reflects that service has not been effectuated within the required ninety-day period. *See* Fed. R. Civ. P. 4(m). A notice to this effect was incorporated in an Order [DE-7] issued by the Clerk of Court denying Plaintiff's motion for entry of default. Plaintiff was directed to show good cause for the failure to serve the Defendant and was given fourteen days within which to do so. The deadline to demonstrate good cause has passed, and, as of the date of this order, Plaintiff still has not filed anything to demonstrate good cause. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the court DISMISSES the action without prejudice against Defendant.

The court DIRECTS the Clerk of Court to mail a copy of this Order to Plaintiff and to close the case.

SO ORDERED this the 27th day of April, 2021.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE